# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIEL S.,[1]<br>(A Number: 060-649-758)<br><br>Petitioner,<br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-06106-KES-EGC (HC)<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**<br><br>(Doc. 1) |

Shaniel S. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner states they have been continuously detained by Immigration and Customs Enforcement since January 31, 2026. Petitioner claims their detention has become unreasonably prolonged in violation of their due process rights and that they are entitled to a bond hearing.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondents ARE ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).

Respondents SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondents are ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within TWENTY-ONE (21) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within SEVEN (7) days of the date the Response to the Order to Show Cause is filed with the Court.

3. Pending the Court's decision, and unless and until the Court orders otherwise, Respondents SHALL NOT transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h). As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.

The Clerk of Court is DIRECTED to serve a copy of this order on Petitioner at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE